UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
Larry Jacobson,
    Plaintiff,

 -vs-

R.N.R. Associates, Inc.,
    Defendants.
-------------------------------------------------

STANDARD REFERRAL ORDER

CV-05-4810(FB)(JA)

  This civil case here in above set forth is referred to Magistrate Judge _AZRACK_ for the following pre-trial purposes:

__ All of the following;
  or

Those purposes indicated below:
____1. To enter the scheduling order provided for in F. R. Civ. P. 16(b);

____2. To consider holding a discovery conference and entering the related order provided for in F. R. Civ. P. 26(f);

____3. To hear and determine any disputes arising from discovery;

____4. To consider the possibility, if any, of settlement and to assist therewith as may be appropriate;

____5. To prepare a pre-trial order where such order seems indicated;

____6. To schedule an appropriate trial date, in consultation with the chambers of the undersigned;

____7. To file a report with the undersigned within 120 days as to the status of the case, in the event the   tasks set forth above are not then completed.

XX 8. TO HOLD EITHER A INQUEST OR HEARING TO DETERMINE DAMAGES AND ATTORNEY FEES ON PLAINTIFF'S DEFAULT JUDGMENT AND PREPARE A REPORT AND RECOMMENDATION.

        SO ORDERED.

        _____
        UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
    May 22, 2006